JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danilo P. Perry, et al., | SACV 11-00697-JVS(ANx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Select Portfolio Servicing Inc., et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on _____August 16, 2011_____ as to why this action should not be dismissed for lack of prosecution, with a written response due on August 30, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: August 31, 2011

_____
James V. Selna
United States District Judge